<u>**NOT FOR PUBLICATION**</u>

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| CARLOS SALGUERO, | : | |
| | : | Civil Action No. 17-9962 (JMV) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ORLANDO RODRIGUEZ, | : | |
| | : | |
| Respondent. | : | |
| | : | |

On October 26, 2017, Petitioner, an immigration detainee held in Elizabeth Detention Facility in Elizabeth, New Jersey, filed a petition under 28 U.S.C. § 2241, challenging his prolonged detention by the U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1.) He was taken into ICE custody on March 23, 2017. (*Id.* at 2.) The Court has examined the Petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b):

**IT IS**, therefore, on this 31st day of October, 2017,

**ORDERED** that the Clerk shall serve copies of the Petition and this Order upon Respondent by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition (ECF No. 1) and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within forty-five (45) days after the date of entry of this Order, Respondent shall electronically file an answer to the petition; and it is further

**ORDERED** that Petitioner may file and serve a reply within thirty (30) days after the answer is filed; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular U.S. mail.

<div style="margin-left: 45%;">

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge

</div>